IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AMMAR ASIM FARUQ HARRIS,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT<br>COURT OF THE STATE OF NEVADA,<br>IN AND FOR THE COUNTY OF<br>CLARK,<br>Respondent,<br> and<br>THE STATE OF NEVADA,<br>Real Party in Interest. | No. 85060<br><br>FILED<br><br>AUG 10 2022<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DENYING PETITION

This is a pro se original petition for a writ of mandamus challenging the indictment underlying petitioner's judgment of conviction.

Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper only when there is no plain, speedy, and adequate remedy at law and the petitioner bears the burden of demonstrating that writ relief is warranted). Petitioner has not supplied an appendix with copies of any documentation supporting his petition. *See* NRAP 21(a)(4) (providing that the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Further, even assuming that the relief sought here could be properly obtained through a petition for a writ of mandamus, any application for such relief should first be directed to and resolved by the district court. *See State v. County of Douglas*, 90 Nev. 272, 276-77, 524 P.2d 1271, 1274 (1974) (noting that "this court prefers that such an application

[for writ relief] be addressed to the discretion of the appropriate district court" in the first instance), *abrogated on other grounds by Attorney Gen. v. Gypsum Res.*, 129 Nev. 23, 33-34, 294 P.3d 404, 410-11 (2013). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                            Stiglich

cc:    Ammar Asim Faruq Harris
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A